

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-13-00164-CR |
| State, | § | Appeal from the |
| v. | § | 171st District Court |
| VICENTE MUNOZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20120D03021) |
| | § | |

## **O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until **November 19, 2013.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's Attorney, prepare the State's brief and forward the same to this Court on or before **November 19, 2013.**

IT IS SO ORDERED this 23rd day of October, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.